No. 91–1902. GREYSTONE III JOINT VENTURE v. PHOENIX MUTUAL LIFE INSURANCE CO.; and

No. 92–58. PHOENIX MUTUAL LIFE INSURANCE CO. *v.* GREY-STONE III JOINT VENTURE. C. A. 5th Cir. Certiorari denied. Reported below: 948 F. 2d 134.